JOHN MILLER, as Administrator, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued April 15, 1895; decided April 30, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made December 15, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*C. D. Prescott* for appellant.

*Myron G. Bronner* for respondent.

Agree to affirm ; no opinion.

All concur, except FINCH, J., not sitting, and GRAY, J., not voting.

Judgment affirmed.

---

AMBROSE J. AGATE, Appellant, *v.* CAROLINE E. HOUSE, Individually, etc., Respondent.

(Argued April 16, 1895; decided April 30, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made the first Monday of October, 1894, which affirmed a judgment in favor of defendant entered upon the report of a referee, and also affirmed an order denying a motion to correct, etc., the final judgment.

*George W. Blunt* for appellant.

*Henry W. Taft* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.